■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO BRACERO, Appellant. [953 NYS2d 179]— Concur—Mazzarelli, J.P., Sweeny, Renwick, Richter and Román, JJ.